# United States District Court

### Northern District of New York

## CIVIL JUDGMENT

**DELORES DUNN**

                           **Plaintiff**

           **VS.**                             **5:00-CV-1747 (HGM) (GHL)**

**SECRETARY OF THE UNITED STATES, DEPARTMENT OF THE INTERIOR, GALE A. NORTON**

                         **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendant's motion for summary judgment is granted, the plaintiff's motion for continuance of summary judgment is denied.  The plaintiff's case is hereby dismissed in its entirety.

All of the above pursuant to the Order of the Honorable Senior Judge Howard G. Munson, dated the 26th day of May, 2006.

**MAY 30, 2006**                          **LAWRENCE K. BAERMAN**

———————————————————     ———————————————————

**DATE**                                     **CLERK OF COURT**

                                               **s/**

                                        ———————————————————

                                        **JOANNE BLESKOSKI**
                                        **DEPUTY CLERK**